Schwarz K. SCOTT, Plaintiff–
Appellant,

v.

BAE SYSTEMS RO DEFENSE,
INC., Defendant–Appellee.

No. 06–60852
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Michael S. Adelman, Adelman & Steen, Hattiesburg, MS, for Defendant–Appellee.

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM: *

Assuming appellate jurisdiction, there is no abuse of discretion shown by appellant. There was a scheduled conference known by counsel prior to Hurricane Katrina and no inquiry was made until four months after counsel had reopened her office in January.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.